**MICHAEL E. FARNELL** (OSB # 922966)
E-mail:  mfarnell@pfglaw.com
**RYAN M. DesJARDINS** (OSB # 135594)
E-mail:  rdesjardins@pfglaw.com
PARSONS FARNELL & GREIN, LLP
1030 SW Morrison Street
Portland, Oregon  97205
Telephone:  (503) 222-1812
Facsimile:  (503) 274-7979

*Attorneys for Plaintiff,*
*Thabet Management, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| THABET MANAGEMENT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NAUTILUS INSURANCE COMPANY,<br><br>    Defendant. | Case No. 6:20-CV-02111-AA<br><br>**ORDER OF DISMISSAL** |

IT IS HEREBY ORDERED that the parties' Stipulation of Dismissal with Prejudice is

GRANTED without costs, attorney fees, prevailing party fees or disbursements to any party.

IT IS SO ORDERED AND ADJUDGED.

Dated this __6th__ of September 2022

/s/Ann Aiken
_____
Ann Aiken
U.S. District Court Judge

Submitted By:

PARSONS FARNELL & GREIN, LLP

s/ Michael E. Farnell
_____
Michael E. Farnell, OSB # 922996
Ryan M. DesJardins, OSB # 135594
*Attorneys for Plaintiff*

Page 1 - **ORDER OF DISMISSAL**